IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLOTTE BERRY                                                     PLAINTIFF

v.                                   Case No. 4:25-cv-04030

ENTERGY ARKANSAS, LLC                                              DEFENDANT

## JUDGMENT

Before the Court is Defendant Entergy Arkansas, LLC ("Entergy")'s Motion for Summary Judgment.  ECF No. 20.  Plaintiff Charlotte Berry has filed a response.  ECF No. 24.  Entergy has filed a reply.  ECF No. 27.  The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Entergy's Motion for Summary Judgment (ECF No. 20) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of May, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge